**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ellwood Medical Center Operations, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1435283** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **724 Pershing Street** **Ellwood City, PA 16117** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lawrence** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Ellwood Medical Center Operations, LLC**                                    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

| Debtor | **Ellwood Medical Center Operations, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**       .     *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Ellwood Medical Center Operations, LLC**                                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 31, 2019**
              MM / DD / YYYY

**X** /s/ Grant R. White                              **Grant R. White**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

**X** /s/ James R. Irving                    Date  **December 31, 2019**
Signature of attorney for debtor                   MM / DD / YYYY

**James R. Irving 96048**
Printed name

**Bingham Greenebaum Doll LLP**
Firm name

**3500 National City Tower**
**101 South Fifth Street**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 587-3606**      Email address  **jirving@bgdlegal.com**

**96048 KY**
Bar number and State

Debtor   **Ellwood Medical Center Operations, LLC**
Name

Case number *(if known)* _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____      Chapter    **11**

☐  Check if this an
    amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Americore Health Enterpriseces, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Americore Health, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Americore Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Ellwood Medical Center Real Estate, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Ellwood Medical Center, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Izard County Medical Center, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Pineville Medical Center, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **St. Alexius Hospital Corporation #1** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **St. Alexius Properties, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |
| Debtor | **Success Healthcare 2, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of Kentucky** | When **12/31/19** | Case number, if known | |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Ellwood Medical Center Operations, LLC**        Case No. _____

                                    Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ellwood Medical Center, LLC**<br>**724 Pershing Street**<br>**Ellwood City, PA 16117** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 31, 2019**                Signature   **/s/ Grant R. White**

                                                          **Grant R. White**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Eastern District of Kentucky**

In re   **Ellwood Medical Center Operations, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ellwood Medical Center Operations, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ellwood Medical Center, LLC**
**724 Pershing Street**
**Ellwood City, PA 16117**

☐ None [*Check if applicable*]

**December 31, 2019** _____

Date

**/s/ James R. Irving** _____

**James R. Irving 96048**

Signature of Attorney or Litigant

Counsel for   **Ellwood Medical Center Operations, LLC** _____

**Bingham Greenebaum Doll LLP**

**3500 National City Tower**
**101 South Fifth Street**
**Louisville, KY 40202**
**(502) 587-3606 Fax:(502) 540-2215**
**jirving@bgdlegal.com**

## SPECIAL RESOLUTIONS OF THE MEMBERS
## OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC

Dated: <u>December 30, 2019</u>
Rancho Palos Verdes, CA

The MEMBERS OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC, a Delaware limited liability company ("<u>Ellwood Operations</u>"), met in Rancho Palos Verdes, CA on December 30, 2019, at which meeting a quorum was present.  The Members in attendance at the meeting are listed on **Exhibit A** attached hereto.

The purpose of these resolutions is to discuss the status of issues related to Ellwood Operations.

Accordingly, after discussion and pursuant to motions duly made, seconded, and lawfully carried, the Members adopted the following resolutions:

RESOLVED, that Ellwood Operations is authorized to seek protection under Chapter 11 of the United States Bankruptcy Code, if and when deemed appropriate, to commence such case in the U.S. Bankruptcy Court for the Eastern District of Kentucky, and to execute all documents as may be necessary in connection therewith.

FURTHER RESOLVED, that Grant R. White shall be, and hereby is, without the joinder of each other or of any other officer or representative of Ellwood Operations and without any attestation required, the authorized representative of Ellwood Operations with authority to execute and deliver in Ellwood Operations' name and on its behalf any and all documents which are, in his opinion, necessary or desirable to take in connection with the foregoing resolution and/or preparation and/or commencement and/or administration of any Chapter 11 proceeding of Ellwood Operations.

FURTHER RESOLVED, that Ellwood Operations shall (a) indemnify and hold harmless Grant R. White, in his capacity as set forth herein, from and against any and all claims, suits, or demands related to the Chapter 11 proceeding, and (b) advance any costs and/or fees associated with the defense and/or prosecution of any and all, claims, suits or demands against him whether in his capacity as a member, manager, agent, or representative of Ellwood Operations or otherwise.

FURTHER RESOLVED, that Ellwood Operations hereby ratifies any prior advancement or other actions prior to the date hereof taken by Ellwood Operations to defend, respond or prosecute any action, claim or demand against the foregoing with respect to any claims, demands, suits or other actions against Ellwood Operations and/or Grant R. White.

The undersigned hereby certifies the foregoing resolutions were duly adopted by the Members of Ellwood Medical Center Operations, LLC on the date first set forth above.

ELLWOOD MEDICAL CENTER
OPERATIONS, LLC

By: Ellwood Medical Center, LLC, its sole Member

By: _____
Grant R. White, Manager

2

**<u>EXHIBIT A</u>**
**(List of Members)**

20757198.1

## List of Members in Attendance

- Ellwood Medical Center, LLC

20757198.1