Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ellwood Medical Center Operations, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Access Info Holding, LLC P.O. Box 310416 Des Moines, IA 50331 | | | | | | $0.00 |
| AHN Emergency Group of Ellwood, LTD. C/O Kevin Allen, Michael Pest Exkert Seanmans Cherin & Mellott, LLC 600 Grant Street, 44th Floor Pittsburgh, PA 15210 | | | Disputed | | | $629,198.14 |
| Bard, C.R. Inc C/O Napoleon Ramos P.O. Box 75767 Charlotte, NC 28275 | | | | | | $189,223.00 |
| Beckman C/ORaymondWendolowski,Bernstein Burkley 707 Grant St. Suite 2200, Gulf Tower Pittsburgh, PA 15219 | | | | | | $1,013,483.43 |

Debtor **Ellwood Medical Center Operations, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carol E. Momjian Senior Deputy Attorney General-in-Charge Fin. Enforcement Sec., PA Off. Att. Gen.** 1600 Arch Street, Suite 300 Philadelphia, PA 19103 | | | | | | $0.00 |
| **Davidoff Law Firm** C/ORaymond Wendolowski,Bernstein Burkley 707 Grant St. Suite 2200, Gulf Tower Pittsburgh, PA 15219 | | | | | | $91,800.15 |
| **Dinakar Golla** C/O Avrum Levicoff,The Levicoff Law Firm 4 PPG Pl. Suite 200 Pittsburgh, PA 15222 | | | | | | $261,672.24 |
| **Healthland CPSI** C/O Troy Dolly 6600 Wall Street Mobile, AL 36695 | | | | | | $86,989.77 |
| **Horizon Mental Health** C/O Michael W. Winfield, Post & Schell 17 North Second Street 12th Floor Harrisburg, PA 17107 | | | | | | $376,411.74 |
| **Ideal Integrations** C/O Jodi Miller 800 Regis Avenue Pittsburgh, PA 15236 | | | | | | $66,174.85 |

Debtor **Ellwood Medical Center Operations, LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Interior Supply** C/O Nicholas D. Krawec, Bernstein Burkley 707 Grant St. Suite 2200, Gulf Tower Pittsburgh, PA 15219 | | | | | | $63,564.41 |
| **Laboratory Corporation** C/O Richard Johnson, Johnson Legal Network 535 Willington Way # 380 Lexington, KY 40503 | | | | | | $89,450.42 |
| **McKesson** C/O Steven Koplove, Kraft & Kraft 3200 Penrose Ferry Road Philadelphia, PA 19145 | | | | | | $79,000.25 |
| **Medline Industries** C/O Michael S. Baim, The CKB Firm 30 N. Lasalle St. Suite 1520 Chicago, IL 60602 | | | | | | $103,873.18 |
| **Merry X-ray Corporation** C/O Michael Somrak 4909 Murphy Conyon Rd. Suite 120 San Diego, CA 92123 | | | | | | $66,332.55 |
| **Nuance Communications** C/O Lillian Dimitrovski P.O. Box 2561 Carol Stream, IL 60132 | | | | | | $78,597.78 |
| **Palamerican Security, Inc.** C/O Roger Rees 8th Avenue North Suite 203 Saint Petersburg, FL 33704 | | | | | | $156,247.91 |

Debtor **Ellwood Medical Center Operations, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Philips Healthcare**<br>**C/O Robert Kennedy**<br>**P.O. Box 403831**<br>**Atlanta, GA 30301** | | | | | | **$252,044.29** |
| **SMA Medical, Inc.**<br>**C/O Gene Markin,**<br>**Stark & Stark**<br>**993 Lenox Dr.**<br>**Building 2**<br>**Lawrence**<br>**Township, NJ 08648** | | | | | | **$70,010.00** |
| **Western Healthcare**<br>**C/O Jacob Norvell**<br>**13155 Noel Rd.**<br>**Suite 200**<br>**Dallas, TX 75240** | | | | | | **$300,000.00** |