# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**London Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  Ellwood Medical Center Operations, LLC

724 Pershing Street
Ellwood City, PA 16117

Case No. 19−61615−grs

Chapter: 11

aka/dba:

SSN/TID:

82−1435283

Debtor(s)

### *** NOTICE ***

Notice is hereby given that all Section 341 meetings and certain confirmation hearings previously scheduled by the United States Bankruptcy Court to be held in the Eastern District of Kentucky on March 16, 2020 through April 3, 2020, are being rescheduled for a date and time to be determined..

DATED: 3/16/20



By the court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge